UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHELLEY D. KROHN, Chapter 7 Trustee,<br><br>                      Plaintiff,<br><br>  v.<br><br>EQUITY TITLE, *et al.*,<br><br>                      Defendants. | Case No. 2:14-cv-00620-MMD-PAL<br><br>**ORDER** |

Before the court is the Parties Proposed Discovery Plan and Scheduling Order which requests special scheduling review (Dkt. #23). The Parties proposed discovery plan and scheduling order requests that the court not require discovery to commence until after a ruling on a pending motion to dismiss. Both sides agree that it would be a potential waste of time and resources to being discovery before a decision on the motion to dismiss because if the motion is granted it will likely be dispositive of the entire

Having reviewed and considered the matter,

**IT IS ORDERED**

1. The Parties request for special scheduling review is GRANTED.

2. The Parties shall have fourteen (14) days from decision of the pending motion to dismiss to submit a proposed discovery plan and scheduling order which complies with LR 26-1(e) as to any claims which survive.

Dated this 18th day of July, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE