MARILYN FINE, ESQ.
Nevada Bar No.: 005949
mfine@nevadafirm.com
RACHEL E. DONN, ESQ.
Nevada Bar No. 010568
rdonn@nevadafirm.com
HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308
*Attorneys for Defendant Equity Title, LLC*

## UNITED STATED DISTRICT COURT

## DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| SHELLEY D. KROHN, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>EQUITY TITLE LLC, AQUILA MANAGEMENT, LLC., WILLIAM WALTER PLISE, ROBERT M. EVANS, JAMES L. MOORE AND JOHN DOE,<br><br>Defendants. | Case No. 2:14-cv-00620-RFB-PAL<br><br>**STIPULATION AND (PROPOSED) ORDER TO CONTINUE HEARING ON MOTION TO DISMISS FOR LACK OF JURISDICTION**<br><br>**(FIRST REQUEST)** |

Defendant, Equity Title LLC ("Defendant"), by and through its counsel of record, Holley Driggs Walch Fine Wray Puzey & Thompson, and Plaintiff, Shelley D. Krohn, Chapter 7 Trustee ("Plaintiff"), by and through her counsel of record Diamond McCarthy LLP for good cause shown, hereby stipulate and agree that the hearing on the Motion to Dismiss for Lack of Jurisdiction, currently set for July 1, 2015, be continued to the first available Court hearing date after July 23, 2015. This is the parties' first request for an extension.

Defendant filed a Motion to Dismiss on May 22, 2014 (Dkt. No. 14).

Plaintiff filed her Response to Defendant's Motion to Dismiss on June 9, 2014 (Dkt. No. 18).

10869-01/1522587

- 1 -

Defendant filed its Reply to the Response to the Motion to Dismiss on June 17, 2014 (Dkt. No. 20).

Plaintiff filed a Sur-Reply to Defendant's Motion to Dismiss on June 19, 2014 (Dkt No. 22).

On July 24, 2015, the Court issued a Minute Order setting the hearing and oral argument on the Motion to Dismiss for July 1, 2015.

There exists good cause to grant this extension to hear the Motion for the following reasons:

1. An alleged conflict has arisen in this case and Defendant requires additional time before the hearing to resolve this conflict.

2. Plaintiff's counsel will be out of the country from July 4, 2015 through July 23, 2015.

Therefore, Defendant and Plaintiff so stipulate that the hearing in on the Motion to Dismiss for Lack of Jurisdiction be continued to a date after July 23, 2015.

IT IS SO STIPULATED.

| Dated this 29th day of June, 2015 | Dated this 29th day of June 2015 |
|---|---|
| HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON | DIAMOND MCCARTHY LLP |
| By: /s/Marilyn Fine<br>   MARILYN FINE, ESQ. (SBN 5949)<br>   RACHEL E. DONN, ESQ. (SBN 10568)<br>   400 South Fourth Street, 3rd Floor<br>   Las Vegas, NV 89101<br>   *Attorneys for Defendant Equity Title* | By: /s/Kathy Bazoian Phelps<br>   KATHY BAZOIAN PHELPS<br>   1999 Avenue of the Stars, 11th Floor<br>   Los Angeles, CA 90067<br>   *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

DATED this 30th day of June, 2015.

RICHARD F. BOULWARE, II
**United States District Judge**

10869-01/1522587

- 2 -